UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANDRO LEONEL GONZALEZ CASTILLO, | No. 2:19-cv-0338 KJM DB P |
| Plaintiff, | ORDER |
| v. | |
| C. VALENCIA, et al., | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 6, 2019, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (F&Rs, ECF No. 9.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 12.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.[1]

---

[1] In one respect that does not change the outcome here, the court disagrees with the magistrate judge's analysis. The magistrate judge suggests that "a single instance of physical contact, while

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 6, 2019, are adopted in full;

2. Plaintiff's complaint is dismissed without leave to amend; and

3. The clerk of court is directed to close this case.

DATED: September 7, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

sexually suggestive in nature, does not satisfy the standard set forth in *Schwenk* [*v. Hartford*, 204 F.3d 1187, 1196 (9th Cir. 2000)]," F&Rs at 5:4-5, but *Schwenk* itself involved only one instance of physical conduct, although that conduct was more egregious than in this case.

2